# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON L. FAKE, *et al.*, | : | Civil No. 2:20-CV-01283 |
| Plaintiffs, | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 31st day of March, 2025, in accordance with the accompanying memorandum of law, **IT IS ORDERED THAT** the motions for default judgment, Docs. 204 & 205, are **DENIED AS MOOT**. Because there are no claims remaining in this case, **IT IS ORDERED THAT** the Clerk of Court shall close this case.

                                            s/Jennifer P. Wilson
                                            JENNIFER P. WILSON
                                            United States District Judge
                                            Middle District of Pennsylvania